**FILED**
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ **JUN 05 2019** ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

ROBERT LOWINGER,

        Plaintiff,

    vs.

PROVIDENT FINANCIAL SERVICES, INC.,

        Defendant.

Case No.: 1:19-cv-01864-WFK-VMS

---

### NOTICE OF VOLUNTARY DISMISSAL

    Plaintiff Robert Lowinger voluntarily dismisses this action with prejudice pursuant to Fed.

R. Civ. P. 41(a)(1)(A)(i).

Dated: June 3, 2019

        **ABRAHAM, FRUCHTER &**
        **TWERSKY, LLP**

        /s/   Michael J. Klein
        Michael J. Klein
        One Penn Plaza, Suite 2805
        New York, NY 10119
        Tel: (212) 279-5050
        Fax: (212) 279-3655
        mklein@aftlaw.com

        *Attorneys for Plaintiff*

The application is ✔ granted.
SO ORDERED ~~denied.~~

    s/WFK

William F. Kuntz, II, U.S.D.J.
Dated: June 3, 2019
    Brooklyn, New York